UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SYLVESTER WATKINS,

        Petitioner,        Case No. 09-11285
                                        HON. JOHN CORBETT O'MEARA
v.

DEBRA SCUTT,

        Respondent,
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

        The Court having reviewed the report and recommendation filed June 11, 2010, by Magistrate Judge Paul J. Komives, as well as petitioner's objection filed June 23, 2010, and being fully advised in the premises;

        IT IS HEREBY ORDERED that the report and recommendation is accepted and adopted as the findings and conclusions of this Court.

        IT IS FURTHER ORDERED that petitioner's application for writ of habeas corpus is denied.

        IT IS FURTHER ORDERED that the Court will deny petitioner a certificate of appealability.

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date: July 21, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 21, 2010, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager